### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Walter W. Cartwright, III, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dave Krabbenhoft, et al., | ) Case No. 1:22-cv-025 |
| Defendants. | ) |

On March 16, 2022, plaintiff filed a motion to compel discovery. He requests "that the Prison Litigation office . . obtain defendants' full names and addresses from Department of Correction and Legal Affairs Unit and send then service waiver, and to arrange for service by Marshals on any defendant who fails to return waiver, and to respond to this within 30 days." (Doc. No. 14).

The court is required by 28 U.S.C. § 1915A to screen plaintiff's complaint. If, after reviewing the complaint, the court identifies any cognizable claims, it will direct the Clerk's office to effectuate service of the complaint on defendants. <u>Id.</u>; Fed. R. Civ. P. 4. The court has yet to complete its screening of plaintiff's complaint let alone direct service of the complaint on defendants. Consequently, Cartwright's motion to compel (Docket No. 14) is **DENIED** without prejudice on the ground that it is premature.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court